UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
WILLIAM CHILDS SHIRAH,
Plaintiff,

v.                                CASE NO: _____



LELAND FALCON, in his official capacity
as Sheriff of Assumption Parish;
ADAM MAYON, in his individual and
official capacity;
Defendants.

## VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS
(42 U.S.C. § 1983)

### I. JURISDICTION AND VENUE

This action is brought pursuant to 42 U.S.C. § 1983 for violations of the First, Fourth, and Fourteenth Amendments to the U.S. Constitution.

Jurisdiction is invoked under 28 U.S.C. § 1331 and § 1343.

Venue is proper in the Middle District of Louisiana as all acts occurred within this District.

### II. THE PARTIES

4. Plaintiff, WILLIAM CHILDS SHIRAH, is a resident of Assumption Parish, Louisiana, and is proceeding Pro Se.

5. Defendant, LELAND FALCON, is the Sheriff of Assumption Parish and is the final policymaker for the Department.

6. Defendant, ADAM MAYON, is a Deputy with the Assumption Parish Sheriff's Office (APSO).

### III. STATEMENT OF FACTS

7. For approximately eight (8) years, Defendant Mayon has engaged in a continuous campaign of harassment against the Plaintiff under color of law.

8. The Reputation Strike: Defendant Mayon previously disseminated false allegations to the Plaintiff's property owner and then-fiancé, claiming Plaintiff was a "needle junkie," effectively destroying the Plaintiff's personal and professional relationships.

9. The Jan 18, 2025 Incident: While being cited by LDWF (Lt. Harry Haines), Defendant Mayon interjected with unprofessional conduct, creating a contrast to the professional behavior of other state agencies.

10. The Oct 2025 False Arrest: Defendant Mayon fabricated a felony theft charge involving a "found phone." Mayon falsely claimed a SIM card was removed to create probable cause where none existed.

11. 23-Day Detention: Based on this fabricated charge, Plaintiff was detained for 23 days, intentionally depriving a 61-year-old stroke survivor (Donna) of her primary caregiver.

12. Bodycam Spoliation: During the Oct 2025 incident, Defendant Mayon repeatedly announced "Camera is on" while intentionally toggling the device off to hide verbal abuse and misconduct.

13. Dec 5, 2025 Retaliation: Four days after Plaintiff filed for protection in state court, the DA's office issued a "DAPP" letter (File No: 23D-0487598) as a retaliatory tool to chill the Plaintiff's First Amendment rights.

IV. CLAIMS FOR RELIEF

COUNT I: 4th Amendment False Arrest & Imprisonment

14. Defendant Mayon lacked probable cause to arrest Plaintiff in October 2025. The 23-day detention was a direct result of Mayon's fabricated evidence regarding a SIM card.

COUNT II: 1st Amendment Retaliation

15. The issuance of the DAPP letter on Dec 5, 2025, was a direct response to Plaintiff's Dec 1, 2025 court filing, intended to intimidate a witness and victim.

COUNT III: 14th Amendment Due Process (State-Created Danger)

16. By denying a stroke-survivor's caregiver a dry jacket in 40-degree weather and subsequently jailing him on false charges, Defendants showed deliberate indifference to the life and safety of Donna [Last Name].

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue a Declaratory Judgment that Defendants' actions violated the Constitution;

B. Award Compensatory Damages in the amount of $350,000;

C. Award Punitive Damages against Defendant Mayon in the amount of $700,000;

D. Order a Trial by Jury on all issues so triable.

Respectfully Submitted,

William Childs Shirah, Pro Se

(Date)

JAN. 6, 2026

Willm C Shr

105 Mitchy St.
Pierre Part LA.
71339
985-354-1595