# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "I" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

| | |
|---|---|
| 25-00914 | Hammette v. Ochsner Clinic Foundation |
| 25-01347 | Giusti v. Alliant Insurance Services, Inc et al |
| 25-02518 | Giusti v. HPS Advisory Services, L.L.C. |
| 25-02240 | Louisiana Environmental Action Network, Inc. v. Atalco Gramercy, LLC |
| 26-00109 | McKee v. Duplantier et al |
| 26-00173 | Shirah v. Falcon et al |
| 26-00713 | Rodriguez v. New Orleans Public Belt Railroad Comm for the Port of New Orleans |

**Criminal:**

23-cr-00157   U.S. v. Jovaun Johnson

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 14th day of April, 2026.

_____
**WENDY B. VITTER, Chief Judge**
**United States District Court**