UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM CHILDS SHIRAH | CIVIL ACTION |
| VERSUS | CASE NO. 26-173 |
| LELAND FALCON, *in his official capacity*, et al. | SECTION: "N" |

**ORDER**

The Court, after carefully considering Plaintiff's Complaint[1], the record, the applicable law, and the Report and Recommendation of United States Magistrate Judge Donna Phillips Currault[2], dated July 21, 2026, to which no objection has been filed, the Court hereby approves the Report and Recommendation and adopts it as the Court's opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff William Child Shirah's First Amendment retaliation, excessive force, and unreasonable search claims against Assumption Parish Sheriff Deputy Adam Mayon and failure-to-discipline claim against Assumption Parish Sheriff Leland Falcon be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2) for being legally frivolous and/or for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's malicious prosecution claims against Deputy Mayon be **DISMISSED WITH PREJUDICE** to their being asserted

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 20.

again until the *Heck* conditions are met pursuant to § 1915(e)(2) for being legally frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's false arrest claim against Deputy Mayon and bystander liability and single decision claims against Sheriff Falcon be **DISMISSED WITH PREJUDICE** pursuant to § 1915(e)(2) for failure to state a claim but with leave to amend to allow Plaintiff an opportunity to amend those claims. Additionally, should Plaintiff opt to amend his false arrest claim related to the January 18, 2025, arrest, he must clarify (1) the specific charge for which he paid a fine and (2) the specific charge dismissed and any conditions he must fulfill in exchange for that dismissal.

**IT IS FURTHER ORDERED** that, in the light of Plaintiff's *pro se* status, he be granted leave to file an Amended Complaint alleging facts necessary to overcome the deficiencies identified herein within 21 days of this Order. Accordingly, Plaintiff must file the Amended Complaint on or before Monday, September 7, 2026.

**IT IS FURTHER ORDERED** that the Clerk's Office send a copy of this Order to Plaintiff, William Childs Shirah, via certified mail.

**NEW ORLEANS, LOUISIANA**, this 17th day of August, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE